1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUZ D. VARGAS, | Civil Action No. 2:18-CV-00921-RSL |
| Plaintiff, | ~~PROPOSED~~ ORDER GRANTING MAYFLOWER TRANSIT, LLC'S MOTION TO INTERVENE |
| vs. | |
| CONTINENTAL VAN LINES, | |
| Defendant. | |

15
16   THIS MATTER having been brought duly and regularly before the undersigned Judge of the

17   above-entitled Court upon Mayflower Transit, LLC's ("Mayflower") Motion to Intervene and the

18   Court having reviewed the following documents:

19      1.  Plaintiff's Notice of Claim;

20      2.  Continental Van Lines' Notice of Removal and its exhibits;

21      3.  Mayflower's Motion to Intervene;

22      ~~4.  Plaintiff's Response in Opposition to Mayflower's Motion to Intervene, if any; and~~

23      ~~5.  Mayflower's Reply in Support of Its Motion to Intervene, if any.~~

24
25      Based thereon, it is hereby ORDERED that Mayflower's Motion to Intervene is GRANTED.

26   Mayflower is hereby permitted to intervene as a defendant in the above-titled action.

27

~~[PROPOSED]~~ ORDER GRANTING MAYFLOWER TRANSIT,
LLC'S MOTION TO INTERVENE
[W.D. Wash. Case No. 2:18-cv-000921-RSL] - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4833-5705-3804.1

**ORDERED** this 27ᵗʰ day of July , 2018.

MWS Lasnik

Honorable Robert S. Lasnik
United States District Judge

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Laura Hawes Young*
Laura Hawes Young, WSBA No. 39346
Julie E. Maurer (pro hac application forthcoming)
LEWIS BRISBOIS BISGAARD & SMITH
1111 Third Ave, Suite 2700
Seattle, WA 98101
Laura.Young@lewisbrisbois.com
Phone:  (206) 436-2020
Fax:  (206) 436-2030
*Attorneys for Defendant Continental Van Lines and*
*Intervening Defendant Mayflower Transit, LLC*

[PROPOSED] ORDER GRANTING MAYFLOWER TRANSIT,
LLC'S MOTION TO INTERVENE
[W.D. Wash. Case No. 2:18-cv-000921-RSL] - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4833-5705-3804.1