UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUZ D. VARGAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CONTINENTAL VAN LINES,<br><br>　　　　Defendant. | Civil Action No. 2:18-CV-00921-RSL<br><br>~~PROPOSED~~ ORDER GRANTING CONTINENTAL VAN LINES AND MAYFLOWER TRANSIT, LLC'S MOTION TO DISMISS |

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court upon Continental Van Lines ("Continental") and Mayflower Transit, LLC's ("Mayflower") Motion to Dismiss and the Court having reviewed the following documents:

1. Plaintiff's Notice of Claim;

2. Continental Van Lines' Notice of Removal and its exhibits;

3. Continental and Mayflower's Motion to Dismiss;

4. ~~Plaintiff's Response in Opposition to Continental and Mayflower's Motion to Dismiss, if any; and~~

5. ~~Continental and Mayflower's Reply in Support of Its Motion to Dismiss, if any.~~

[PROPOSED] ORDER GRANTING CONTINENTAL VAN LINES
AND MAYFLOWER TRANSIT, LLC'S MOTION TO DISMISS
[W.D. Wash. Case No. 2:18-cv-000921-RSL] - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4816-3018-0204.1

Based thereon, it is hereby ORDERED that Continental and Mayflower's Motion to Dismiss is GRANTED. Continental is hereby dismissed from this matter with prejudice. Mayflower will continue in this action as the sole named defendant.

**ORDERED** this 27th day of July, 2018.

/s/ Robert S. Lasnik
Honorable Robert S. Lasnik
United States District Judge

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Laura Hawes Young
Laura Hawes Young, WSBA No. 39346
Julie E. Maurer (pro hac application forthcoming)
LEWIS BRISBOIS BISGAARD & SMITH
1111 Third Ave, Suite 2700
Seattle, WA 98101
Laura.Young@lewisbrisbois.com
Phone: (206) 436-2020
Fax: (206) 436-2030
*Attorneys for Defendant Continental Van Lines and Intervening Defendant Mayflower Transit, LLC*

[PROPOSED] ORDER GRANTING CONTINENTAL VAN LINES
AND MAYFLOWER TRANSIT, LLC'S MOTION TO DISMISS
[W.D. Wash. Case No. 2:18-cv-000921-RSL] - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4816-3018-0204.1