UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUZ D. VARGAS,<br><br>                Plaintiff,<br><br>    v.<br><br>MAYFLOWER TRANSIT, LLC.,<br><br>                Defendants. | Case No. C18-921RSL<br><br>ORDER TO SHOW CAUSE |

On August 3, 2018, the Court issued an order requiring the parties to file a Joint Status Report by August 31, 2018. On August 31, 2018, the defendant filed a "Status Report" indicating that plaintiff had not, contrary to the Court's Order, made any attempt to contact defendant or negotiate a joint report. Nor has plaintiff sought or obtained an extension of time in which to make the required submission. Plaintiff is therefore ORDERED to show cause by Thursday, September 20, 2018, why sanctions, including dismissal of the above-captioned case, should not be imposed for her failure to comply with the Order of August 3, 2018. The Clerk is directed to place this Order to Show Cause on the Court's calendar for September 21, 2018.

DATED this 5th day of September, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE