UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUZ D. VARGAS,

               Plaintiff,

     v.

MAYFLOWER TRANSIT, LLC.,

               Defendant.

Case No. C18-921RSL

ORDER OF DISMISSAL

On August 3, 2018, the Court issued an order requiring the parties to file a Joint Status Report by August 31, 2018 (Dkt. # 12). When defendant filed a "Status Report" indicating that plaintiff had not, contrary to the Court's Order, made any attempt to contact defendants or to negotiate a joint report (Dkt. # 14), an Order to Show Cause was issued (Dkt. # 15). Plaintiff was specifically ordered to show cause why sanctions, including dismissal of the above-captioned matter, should not be imposed for the failure to comply with the Court's joint status report order. Plaintiff again failed to respond or otherwise take part in this litigation.

The above-captioned matter is hereby DISMISSED without prejudice for failure to comply with the orders of this Court.

DATED this 2nd day of October, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL